```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No. 01-11806-WGY

    * * * * * * * * * * * * * * * * * *
                                       *
    VANESSA DIXON,                     *
                                       *
              Plaintiff,               *
                                       *
    v.                                 *  JURY INSTRUCTIONS
                                       *
    INTERNATIONAL BROTHERHOOD          *
    OF POLICE OFFICERS; INTERNATIONAL  *
    BROTHERHOOD OF POLICE OFFICERS,    *
    LOCAL 382, KENNETH LYONS, GERALD   *
    FLYNN, JOHN LEARY AND DAVID PENDER,*
                                       *
              Defendants.              *
                                       *
    * * * * * * * * * * * * * * * * *

              BEFORE:  The Honorable William G. Young,
                       District Judge, and a Jury

    APPEARANCES:

              ZALKIND, RODRIGUEZ, LUNT & DUNCAN, LLP (By
         Inga S. Bernstein, Esq. and Monica Pastorok,
         Esq.), 65a Atlantic Avenue, Boston, Massachusetts
         02110, on behalf of the Plaintiff

              MONAHAN & PADELLARO (By Joseph W. Monahan,
         III, Esq., Thomas J. Freda, Esq. and Diane Burns,
         Esq.), 43 Thorndike Street, Cambridge,
         Massachusetts 02141, on behalf of the Defendants
         IBPO, Lyons, Leary and Pender

              NOLAN PERRONI, LLP (By Peter Perroni, Esq.
         and Gary Nolan, Esq.), 133 Merrimack Street,
         Lowell, Massachusetts 01850, on behalf of
         Defendants Local 382 and Flynn

                                              1 Courthouse Way
                                              Boston, Massachusetts

                                              October 17, 2005
```